UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARLA DICKERSON

VERSUS

TURNING POINT SOLUTIONS, LLC, ET AL.

CIVIL ACTION

NO. 15-36-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 23, 2016, to which no objection was filed:

**IT IS ORDERED** that this matter is dismissed without prejudice for failure of the plaintiff to timely serve the Defendants in the manner required by Rule 4(m), Fed. R. Civ. P.

Signed in Baton Rouge, Louisiana, on March 17, 2016.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA